## ALFRED E. MITCHELL ET AL. *v.* MEDICAL INTER-INSURANCE EXCHANGE

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 721 (AC 27360), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Brian W. Smith,* in support of the petition.

*Andrew A. Cohen* and *Alex J. Cuda,* in opposition.

Decided September 5, 2007